UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 12-2804(DSD/SER)

Annex Medical, Inc., Stuart
Lind, and Tom Janas,

      Plaintiffs,

v.                                                  **ORDER**

Kathleen Sebelius, in her
official capacity as Secretary
of the United States Department
of Health and Human Services;
Hilda Solis, in her official
capacity as Secretary of the
United States Department of
Labor; Timothy Geithner, in his
official capacity as Secretary
of the United States Department
of the Treasury; United States
Department of Health and Human
Services; United States Department
of Labor; and United States
Department of the Treasury,

      Defendants.

---

Interested parties seeking to file an amicus brief on the issue of whether the court should enter a preliminary injunction in this matter shall follow the procedures ordered herein. Accordingly, **IT IS HEREBY ORDERED** that:

1. Interested parties must file a motion with the court requesting permission to file an amicus brief. The motion shall be accompanied by a memorandum addressing the interested party's expertise, special interest in the matter and ability to assist the court. The memorandum shall not exceed 1000 words.

2. The motion and memorandum shall be accompanied by the proposed amicus brief. The amicus brief shall not exceed 6000 words.

3. Any motion and accompanying materials requesting permission to file an amicus brief shall be filed by December 14, 2012.

4. Any parties' opposition to a motion to file an amicus brief shall be filed by December 21, 2012. Any opposition memorandum shall not exceed 3000 words.

5. Interested parties are prohibited from filing a reply memorandum. If an interested party's motion to file an amicus brief is granted, only the amicus brief accompanying the motion will be accepted.

6. In order to file a motion for permission to file an amicus brief, counsel must be admitted to practice in the District of Minnesota.

7. All other filing deadlines set out in the court's November 12, 2012, order [ECF No. 6] are unaffected by this order.

Dated: December 10, 2012

                                          s/David S. Doty
                                          David S. Doty, Judge
                                          United States District Court