IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| ANNEX MEDICAL, INC., *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Case No. 0:11-cv-02804-DSD-SER |
| SYLVIA M. BURWELL, in her official capacity as Secretary of Health & Human Services, *et al.* ) | |
| Defendants. ) | |

**JOINT MOTION FOR ENTRY OF INJUNCTION AND JUDGMENT**

In light of the Supreme Court's decision in *Burwell v. Hobby Lobby Stores, Inc.*, 134 S. Ct. 2751 (2014), the parties jointly agree that judgment should be entered in favor of plaintiffs on their Religious Freedom Restoration Act claim, that a permanent injunction should be entered, that all other claims against defendants should be dismissed, and that the deadline for any petition by plaintiffs for attorneys' fees or costs should be extended to 60 days after judgment is entered. Accordingly, the parties respectfully request that the Court enter the proposed Injunction and Judgment, which has been agreed to by all parties.

Respectfully submitted this 18th day of August, 2015,

| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
|---|---|
| | BENJAMIN C. MIZER |
| Erick Kaardal (Minn. 229647) | |
| Mohrman  Kaardal, and Erickson, P.A. | Principal Deputy Assistant Attorney General |
| 150 S. Fifth St., Ste. 3100 | |
| Minneapolis MN 55402 | ANDREW M. LUGER |
| Telephone: (612) 341-1074 | United States Attorney |
| Facsimile: (612) 341-1076 | |
| kaardal@mklaw.com | JENNIFER RICKETTS |
| *Lead Counsel for Plaintiffs* | Director, Federal Programs Branch |
| | |
|  /s/ Kaylan L. Phillips | SHEILA M. LIEBER |
| Kaylan L. Phillips (Ind. 30405-84)* | Deputy Director |
| Noel H. Johnson (Wisc. 1068004)* | |
| Public Interest Legal Foundation |  /s/ Michelle R. Bennett |
| 209 West Main Street | MICHELLE R. BENNETT (CO Bar No. 37050) |
| Plainfield, Indiana 46168 | Trial Attorney |
| Telephone (202) 683-9405 | United States Department of Justice |
| Facsimile (888) 815-5641 | Civil Division, Federal Programs Branch |
| kphillips@publicinterestlegal.org | 20 Massachusetts Avenue N.W.  Room 7310 |
| njohnson@publicinterestlegal.org | Washington, D.C.  20530 |
| *Pro Hac Vice applications granted* | Tel: (202) 305-8902 |
| | Fax: (202) 616-8470 |
| | Email: michelle.bennett@usdoj.gov |